THE STATE, JOHN JELLIFF ET AL., PROSECUTORS, PLAIN-
TIFFS IN ERROR, v. THE MAYOR, &c., OF NEWARK, DE-
FENDANTS IN ERROR.

On error to the Supreme Court. For opinion of Supreme
Court, see 19 *Vroom* 101.

For the plaintiffs in error, *F. W. Stevens.*

For the defendants in error, *Joseph Coult.*

PER CURIAM.

The judgment in this case should be affirmed, for the reasons
given by the Supreme Court in its opinion.

*For affirmance*—THE CHIEF JUSTICE, KNAPP, MAGIE,
REED, SCUDDER, BROWN, CLEMENT, COLE, WHITAKER. 9.

*For reversal*—None.